**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **JACQUELINE D. BAILEY**, *Individually and as Next Friend of S.R.T.* | § § § | |
| **v.** | § § | NO. 1:12-CV-153 |
| **CITY OF JASPER, TEXAS and CITY OF JASPER POLICE DEPARTMENT, ET AL.** | § § § § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE**

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters pursuant to a Referral Order entered on March 28, 2012. The Court has received and considered the report (Doc. No. 25) of the magistrate judge, who recommends that the Court grant the Defendants' motions to dismiss (Doc. Nos. 4, 18) and dismiss Plaintiff Jacqueline Bailey's claims. No objections to the report and recommendation have been filed. The Court's independent review confirms that the magistrate judge's analysis is correct.

The magistrate judge's report and recommendation (Doc. No. 25) is **ADOPTED**, and the Defendants' motions to dismiss (Doc. Nos. 4, 18) are **GRANTED**. A final judgment will be entered separately.

So **ORDERED** and **SIGNED** this **16** day of **October, 2012.**

_____
Ron Clark, United States District Judge